Civil Action No. 7:25-cv-00095

# Exhibit "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JUAN LUIS WEBBER | § | |
| | § | |
| | § | |
| VS. | § | Civil Action No. 7:25-cv-00095 |
| | § | |
| HOME DEPOT U.S.A., INC. dba HOME | § | |
| DEPO and HERMAN ROQUE OCHOA | § | JURY DEMANDED |

## INDEX OF DOCUMENTS

**EXHIBIT A:**  Index of Documents (filed with Notice of Removal)

**EXHIBIT B:**  State Court Action Documents (filed with Notice of Removal) –

| Tab No. | State Court Document | Date Filed |
|---|---|---|
| B-1 | State Court Civil Case Summary | N/A |
| B-2 | Plaintiff's Original Petition | 1/30/2025 |
| B-3 | Citation Issued_Home Depot | 1/30/2025 |
| B-4 | Citation Issued_Herman Ochoa | 1/30/2025 |
| B-5 | Service Issued Notice | 1/31/2025 |
| B-6 | Affidavit of Service – Herman Ochoa | 2/4/2025 |
| B-7 | Affidavit of Service – Home Depot | 2/12/2025 |
| B-8 | The Special Exceptions and Original Answer of Defendants | 3/3/2025 |
| B-9 | Motion for Telephonic Docket Control Conference | 3/3/2025 |
| B-10 | Proposed Order for Telephonic Docket Control Conference | 3/3/2025 |
| B-11 | Order Setting Telephonic Docket Control Conference | 3/3/2025 |

**EXHIBIT C:**  List of Parties & Counsel and Civil Cover Sheet (filed with Notice of Removal)