IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JUAN LUIS WEBBER, § | | |
|    *Plaintiff*, § | | |
| § | | |
| v. § | CIVIL ACTION NO. 7:25-cv-00095 | |
| § | | |
| HOME DEPOT U.S.A. dba § | JURY TRIAL DEMADED | |
| HOME DEPO AND HERMAN § | | |
| ROQUE OCHOA, § | | |
|    *Defendants*. § | | |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

TO THE HONORABLE COURT:

Plaintiff, Juan Luis Webber, files this Notice of Appearance of Additional Counsel. Chad Flores hereby enters his appearance as additional counsel for Plaintiff. Please forward copies of all pleadings, correspondence and orders to:

Chad Flores
**Flores Law PLLC**
917 Franklin Street, Suite 600
State Bar No. 24059759
Fed. Id. No. 1060324
Houston, Texas 77002
Telephone: (713) 364-6640
Facsimile: (832) 645-2496
cf@chadflores.law

Raymond L. Thomas will remain as the Attorney in Charge for Plaintiff.

Respectfully submitted,

*/s/ Chad Flores*

Chad Flores
**Flores Law PLLC**
Texas Bar No. 24059759
Fed. Id. No. 1060324
917 Franklin Street, Suite 600
Houston, Texas 77002
Telephone: (713) 364-6640
Facsimile: (832) 645-2496
cf@chadflores.law

**COUNSEL FOR PLAINTIFF,
JUAN LUIS WEBBER**

Raymond L. Thomas**
S.D. Tex. No. 10715
rthomas@raythomaspc.com
Olegario Garcia
S.D. Tex. No.: 2202345
ogarcia@raythomaspc.com
**Ray Thomas, PC**
4900-B North 10th Street
McAllen, Texas 78504
(956) 632-5033
(956) 540-5631 (Fax)

and

Marco Cepeda
S.D. Tex. No. 58290
mcepeda@zreynalaw.com
**Law Offices of Ezequiel Reyna, Jr., P.C.**
702 W. Expressway 83, Suite 100
Weslaco, Texas 78596
(956) 968-9556 Phone
(956) 969-0492 (Fax)

** *Attorney in Charge for Plaintiff*

2

## CERTIFICATE OF SERVICE

    In accordance with the Federal Rules of Civil Procedure, I hereby certify that a true and correct copy of the foregoing document has been served on all parties via CM/ECF on March 18, 2025.

_____
Chad Flores