United States District Court
Southern District of Texas
**ENTERED**
April 08, 2025
Nathan Ochsner, Clerk

| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

| JUAN LUIS WEBBER | § | |
| versus | § | CIVIL ACTION No. 7:25-cv-00095 |
| HOME DEPOT U.S.A. dba HOME DEPO AND HERMAN ROQUE OCHOA | § § | |

## ORDER STRIKING DOCUMENT

The Clerk has noted the filing of your <u>Plaintiff's Motion to Remand (D.E.7);</u> however, it is deficient as checked. (L.R. refers to the Local Rule of this District).

1. ☐ Document is not signed (L.R. 11.3).
2. ☐ Document does not comply with (L.R.11.3.A).
3. ☐ Caption of the document is incomplete (L.R.10.1).
4. ☐ No certificate of service or explanation why service is not required (L.R. 5.3).
5. ☒ Motion does not comply with L.R.7
    - a. ☒ No statement of opposition or non-opposition (L.R. 7.1.D(2)).
    - b. ☒ No statement of conference between counsel (L.R. 7.1.D(1)).
    - c. ☐ No separate proposed order attached (L.R. 7.1.C).
6. ☐ Motion to consolidate does not comply with (L.R.7.6).
7. ☐ Other:

The document is stricken from the record.

Date: 4/7/25

*Ricardo H. Hinojosa*
RICARDO H. HINOJOSA
U.S. DISTRICT JUDGE