## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

Juan Luis Webber

v.  Case Number: 7:25−cv−00095

Home Depot U.S.A., Inc. dba Home Depo, et al.

## Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Judge Ricardo H Hinojosa**

**LOCATION:**

Bentsen Tower
1701 W. Hwy. 83
McAllen, TX 78501

**DATE:** 5/6/2025

**TIME:** 03:30 PM

**TYPE OF PROCEEDING:** Initial Conference

Date:   April 14, 2025                                                                 Nathan Ochsner, Clerk