IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JUAN LUIS WEBBER, <br> *Plaintiff*, <br><br> v. <br><br> HOME DEPOT U.S.A. dba <br> HOME DEPO AND HERMAN <br> ROQUE OCHOA, <br> *Defendants*. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION NO. 7:25-cv-00095 <br><br> JURY TRIAL DEMADED |

**Order Granting Plaintiff's Motion to Remand**

On this date, the Court considered Plaintiff's Motion to Remand in the above matter. The Court, having considered plaintiff's motion, defendants' response, plaintiff's reply, and the arguments of counsel, it is the opinion of the Court that this motion be **GRANTED**.

**IT THERE THEREFORE ORDERED** that Plaintiff's Motion to Remand is hereby **GRANTED** and the case is remanded to the 476th District Court of Hildago County, Texas.

**SIGNED** this _____ day of _____, 2025.

_____
HON. JUDGE RICARDO H HINOJOSA
PRESIDING JUDGE