Case 7:25-cv-00095   Document 21   Filed 07/16/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
July 16, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JUAN LUIS WEBBER, *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. 7:25-cv-00095 |
| HOME DEPOT U.S.A. dba HOME DEPO AND HERMAN ROQUE OCHOA, *Defendants*. | § § § § § | JURY TRIAL DEMADED |

**Order Granting Plaintiff's Motion to Remand**

On this date, the Court considered Plaintiff's Motion to Remand in the above matter. The Court, having considered plaintiff's motion, defendants' response, plaintiff's reply, and the arguments of counsel, it is the opinion of the Court that this motion be **GRANTED**.

**IT THERE THEREFORE ORDERED** that Plaintiff's Motion to Remand is hereby **GRANTED** and the case is remanded to the 476th District Court of Hildago County, Texas.

SIGNED this ___16th___ day of ___July___, 2025.

_____
HON. JUDGE RICARDO H HINOJOSA
PRESIDING JUDGE